JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEYON WILSON, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NBCUNIVERSAL MEDIA, LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. 2:16-cv-08737-R-AJW<br><br>**ORDER OF DISMISSAL OF ENTIRE CASE WITH PREJUDICE**<br><br>District Judge:　Hon. Manuel L. Real<br><br>Complaint Filed: October 17, 2016<br>Trial Date:　　　September 19, 2017 |

The Court, having considered the Joint Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) jointly filed by the parties, finds that this action shall be dismissed with prejudice. Each party is to bear his or its own fees and costs.

**IT IS SO ORDERED.**

Dated  June 29, 2017

　　　　　　　　　　　　　　　　　　　Honorable Manuel L. Real
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

Proposed Order of Dismissal of Entire